# Exhibit B

**GRANTED**

EFiled: Apr 02 2026 09:45AM EDT
Transaction ID 78934163
Case No. 2026-0307-PAF

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| RICHARD D. PAISNER,<br><br>Plaintiff,<br><br>v.<br><br>LIP-BU TAN, FRANK D. YEARY, CRAIG H. BARRATT, JAMES GOETZ, ANDREA J. GOLDSMITH, ALYSSA H. HENRY, ERIC MEURICE, BARBARA NOVICK, STEVE SANGHI, GREGORY D. SMITH, STACY J. SMITH, DION J. WEISLER, HOWARD LUTNICK, as Secretary of the United States Department of Commerce, and the UNITED STATES DEPARTMENT OF COMMERCE,<br><br>Defendants,<br><br>and<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Nominal Defendant. | C.A. No. 2026-0307-PAF |

**STIPULATION AND ORDER**
**EXTENDING TIME FOR ALL DEFENDANTS**
**TO RESPOND TO THE COMPLAINT**

WHEREAS, on March 5, 2026, Plaintiff Richard D. Paisner ("Plaintiff") filed a Verified Stockholder Derivative Complaint (the "Complaint") against Defendants Lip-Bu Tan, Frank D. Yeary, Craig H. Barratt, James Goetz, Andrea J. Goldsmith,

Alyssa H. Henry, Eric Meurice, Barbara Novick, Steve Sanghi, Gregory D. Smith, Stacy J. Smith, Dion J. Weisler (collectively, the "Director Defendants"), Intel Corporation (the "Nominal Defendant"), and Secretary of Commerce Howard Lutnick, in his official capacity, and the United States Department of Commerce (together, the "Government Defendants," and collectively with the Director Defendants and Nominal Defendant, the "Defendants");

WHEREAS, on March 11, 2026, the Director Defendants and Nominal Defendant were served with the Complaint;

WHEREAS, on March 12, 2026, the Government Defendants received the summons and the Complaint;

WHEREAS, Plaintiff has agreed to extend the time for the Defendants to respond to the Complaint;

WHEREAS, except as to the sufficiency of service, the Government Defendants do not waive any defense they may wish to assert in this action, including but not limited to jurisdiction, their sovereign immunity from suit, nor do they waive their right to remove this litigation to federal court under 28 U.S.C. § 1442;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel to the parties, subject to the approval of the Court, that

1. The Defendants shall answer, move or otherwise respond to the Complaint on or before May 11, 2026;

2. If any Defendant moves to dismiss the Complaint, such motion to dismiss shall be accompanied by an opening brief; and

3. Defendants agree not to contest service of process on any Defendant but reserve all other defenses (including but not limited to, as to the Government Defendants, reserving any defense regarding jurisdiction, sovereign immunity, or any right of removal to federal court).


HEYMAN ENERIO
& GATTUSO & HIRZEL LLP

*/s/ Gillian L. Andrews*
Kurt M. Heyman (# 3054)
Gillian L. Andrews (# 5719)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
kheyman@hegh.law
gandrews@hegh.law

*Attorneys for Plaintiff*
*Richard D. Paisner*

OF COUNSEL:

GW LAW
Alan B. Morrison
2000 H Street NW
Washington D.C. 20052
(202) 994-7120

AKERMAN LLP

*/s/ Tammy L. Mercer*
Tammy L. Mercer (# 4957)
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
(302) 596-9200
tammy.mercer@akerman.com

*Attorneys for Director Defendants Lip-Bu Tan, Frank D. Yeary, Craig H. Barratt, James Goetz, Andrea J. Goldsmith, Alyssa H. Henry, Eric Meurice, Barbara Novick, Steve Sanghi, Gregory D. Smith, Stacy J. Smith, Dion J. Weisler, and Nominal Defendant Intel Corporation*

OF COUNSEL:

MUNGER, TOLLES & OLSON LLP
Bridget Fitzpatrick
601 Massachusetts Avenue NW
Suite 500 E
Washington D.C. 20001
(202) 220-1131

OF COUNSEL:

MUNGER, TOLLES & OLSON LLP
John M. Gildersleeve
Brian Boessenecker
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100

OF COUNSEL:

AKERMAN LLP
Michael C. Marsh
Eric D. Coleman
201 East Las Olas Boulevard
Suite 1800
Fort Lauderdale, FL 33131
(954) 463-2700

Benjamin L. Wallace
United States Attorney

BY: /s/ Kevin B. Smith
Kevin B. Smith (# 6326)
Assistant United States Attorney
1313 N. Market Street
Wilmington, DE 19801
(302) 225-9414
Kevin.Smith7@usdoj.gov

*Attorney for Government Defendants Secretary of Commerce, Howard Lutnick and the United States Department of Commerce*

OF COUNSEL:

Brett A. Shumate
Assistant Attorney General

James R. Powers
Trial Attorney
U.S. Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street, NW, Room 11006
Washington D.C. 20005
(202) 353-0543
James.R.Powers@usdoj.gov

SO ORDERED this __ day of April, 2026.

______________________________________
Vice Chancellor Paul A. Fioravanti, Jr.

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | Paul A Fioravanti |
| **File & Serve Transaction ID:** | 78929992 |
| **Current Date:** | Apr 02, 2026 |
| **Case Number:** | 2026-0307-PAF |
| **Case Name:** | Richard D. Paisner v. Lip-Bu Tan, et al |
| **Court Authorizer:** | Paul A Fioravanti Jr |

**/s/ Judge Paul A Fioravanti Jr**