# Exhibit C

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

ORIGINAL

| | |
|---|---|
| RICHARD D. PAISNER<br><br>Plaintiff,<br>v.<br><br>LIP-BU TAN, FRANK D. YEARY, CRAIG H. BARRATT, JAMES GOETZ ANDREA J. GOLDSMITH, ALYSSA H. HENRY, ERIC MEURICE, BARBARA NOVICK, STEVE SANDHI, GREGORY D SMITH, STACY J. SMITH, DION J. WEISLER, HOWARD LUTNICK, as Secretary of the United State Department of Commerce, and the UNITED STATES DEPARTMENT OF COMMERCE,<br>Defendants,<br><br>and<br><br>INTEL CORPORATION, a Delaware Corporation,<br><br>Nominal Defendant | C.A. No. 2026-0307-PAF<br><br>SUMMONS PURSUANT TO 10 *Del. C.* § 3104 |

**TO THE STATE OF DELAWARE**

**TO: Federal Express**

**YOU ARE COMMANDED:**

To Summon the above-named defendants Howard Lutnick and the United States Department of Commerce so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon Kurt M. Heyman, Esquire, plaintiff's attorney, whose address is Heyman Enerio Gattuso & Hirzel LLP, 222 Delaware Avenue, Suite 900, Wilmington, Delaware 19801, an answer to the Verified Complaint.

To serve upon the defendants a copy of the Verified Complaint and related suit papers.

**TO THE ABOVE-NAMED DEFENDANTS:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated: March 11, 2026

[signature]

Register in Chancery

C.A. # 2026-0307-PAF

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

RICHARD D. PAISNER

Plaintiff,

v.

LIP-BU TAN, FRANK D. YEARY, CRAIG H. BARRATT, JAMES GOETZ, ANDREA J. GOLDSMITH, ALYSSA H. HENRY, ERIC MEURICE, BARBARA NOVICK, STEVE SANDHI, GREGORY D SMITH, STACY J. SMITH, DION J. WEISLER, HOWARD LUTNICK, as Secretary of the United State Department of Commerce, and the UNITED STATES DEPARTMENT OF COMMERCE,

Defendants,

and

INTEL CORPORATION,
a Delaware Corporation,

Nominal Defendant

10 *Del. C.* § 3104

**SUMMONS**

Please effectuate service pursuant to 10 *Del. C.* § 3104 upon:

1. Secretary Howard Lutnick
   United States Department of Commerce
   1401 Constitution Avenue, NW
   Washington D.C. 20230

2. United States Department of Commerce
   1401 Constitution Avenue, NW
   Washington D.C. 20230

Service to be completed By FedEx, Overnight Delivery, Signature Required

KURT M. HEYMAN, ESQUIRE
Plaintiff's Counsel