**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD D. PAISNER,<br><br>Plaintiff,<br><br>v.<br><br>LIP-BU TAN, *et al.*,<br><br>Defendants,<br><br>and<br><br>INTEL CORPORATION,<br><br>Nominal Defendant. | C.A. No. 1:26-cv-00414-RGA |

**INTEL DEFENDANTS' MOTION TO DISMISS**
**THE VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT**

Pursuant to Rules 23.1 and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Lip-Bu Tan, Frank D. Yeary, Craig H. Barratt, James Goetz, Andrea J. Goldsmith, Alyssa H. Henry, Eric Meurice, Barbara Novick, Steve Sanghi, Gregory D. Smith, Stacy J. Smith, Dion J. Weisler and Nominal Defendant Intel Corporation respectfully move to dismiss Plaintiff Richard D. Paisner's Verified Stockholder Derivative Complaint for failure to plead demand futility with particularity and failure to state a claim. The grounds for this Motion are set forth in the opening brief filed contemporaneously herewith.

OF COUNSEL:

MUNGER, TOLLES & OLSON LLP
John M. Gildersleeve (*pro hac vice*)
Brian Rivas Boessenecker (*pro hac vice*)
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100

MUNGER, TOLLES & OLSON LLP
Bridget Fitzpatrick (*pro hac vice*)
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001
(202) 220-1131

Dated: May 21, 2026

AKERMAN LLP

*/s/ Tammy L. Mercer*
Tammy L. Mercer (#4957)
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
(302) 596-9200
tammy.mercer@akerman.com

*Attorneys for Lip-Bu Tan, Frank D. Yeary, Craig H. Barratt, James Goetz, Andrea J. Goldsmith, Alyssa H. Henry, Eric Meurice, Barbara Novick, Steve Sanghi, Gregory D. Smith, Stacy J. Smith, Dion J. Weisler, and Nominal Defendant Intel Corporation*