**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD D. PAISNER,<br><br>Plaintiff,<br><br>v.<br><br>LIP-BU TAN, *et al.*,<br><br>Defendants,<br><br>and<br><br>INTEL CORPORATION,<br><br>Nominal Defendant. | C.A. No. 1:26-cv-00414-RGA |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Before the Court is the Motion to Dismiss the Verified Stockholder Derivative Complaint, filed by Defendants Lip-Bu Tan, Frank D. Yeary, Craig H. Barratt, James Goetz, Andrea J. Goldsmith, Alyssa H. Henry, Eric Meurice, Barbara Novick, Steve Sanghi, Gregory D. Smith, Stacy J. Smith, Dion J. Weisler ("Director Defendants") and Nominal Defendant Intel Corporation. Having considered the Motion, the pleadings, the supporting briefs, any opposition thereto, and the arguments of counsel:

It is hereby **ORDERED** that the Motion is **GRANTED.** Plaintiff's claims against the Director Defendants are dismissed with prejudice.

IT IS SO ORDERED this ____ day of _________, 2026.

______________________________
The Honorable Richard G. Andrews
United States District Court Judge