**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD D. PAISNER,<br><br>Plaintiff,<br><br>v.<br><br>LIP-BU TAN, *et al.*,<br><br>Defendants,<br><br>and<br><br>INTEL CORPORATION,<br><br>Nominal Defendant. | C.A. No. 1:26-cv-00414-RGA |

**DECLARATION OF BRIAN RIVAS BOESSENECKER IN SUPPORT OF THE INTEL DEFENDANTS' MOTION TO DISMISS THE VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT**

I, Brian Rivas Boessenecker, declare as follows:

1. I am an attorney licensed to practice law in the State of California and I have been admitted *pro hac vice* in this Court. I am counsel for Nominal Defendant Intel Corporation and Defendants Lip-Bu Tan, Frank D. Yeary, Craig H. Barratt, James Goetz, Andrea J. Goldsmith, Alyssa H. Henry, Eric Meurice, Barbara Novick, Steve Sanghi, Gregory D. Smith, Stacy J. Smith, and Dion J. Weisler in the above-titled action (collectively, the "Intel Defendants"). I submit this declaration in support of the Intel Defendants' Motion to Dismiss the Verified Stockholder Derivative Complaint. I have personal knowledge of the matters set forth herein and, if called as a witness, I could competently testify thereto.

2. Attached as **Exhibit 1** is a true and accurate copy of the Corrected Third Restated Certificate of Incorporation of Intel Corporation, dated October 23, 2023, filed with the Delaware Secretary of State. This document is publicly available on Intel's website at: https://d1io3yog0oux5.cloudfront.net/_33786a3c3292389c8178d9a79289966d/intel/db/872/7910/file/Intel+Corporation+Corrected+Restated+Certificate+of+Incorporation.pdf.

3. Attached as **Exhibit 2** is a true and accurate copy of the Amended and Restated Bylaws of Intel Corporation, dated November 28, 2023, filed with the U.S. Securities and Exchange Commission ("SEC"). This document is publicly available on Intel's website at: https://d1io3yog0oux5.cloudfront.net/_33786a3c3292389c8178d9a79289966d/intel/db/872/7912/file/INTC+-+Amended+and+Restated+Bylaws+November+29+2023.pdf.

4. Attached as **Exhibit 3** is a true and accurate copy of Intel's Form 8-K regarding the Warrant and Common Stock Agreement ("Stock Agreement") and Exhibit 99.1 thereto, filed with the SEC on August 25, 2025. These documents are publicly available at:

https://www.intc.com/filings-reports/all-sec-filings/content/0000050863-25-000129/0000050863-25-000129.pdf.

5. Attached as **Exhibit 4** is a true and accurate copy of Intel's Form 8-K regarding the closing of transactions contemplated by the Stock Agreement and Exhibit 10.1 thereto (the Implementing Amendment To Direct Funding Agreement), filed with the SEC on August 29, 2025. These documents are publicly available at: https://www.intc.com/filings-reports/all-sec-filings/content/0000050863-25-000135/0000050863-25-000135.pdf.

6. Attached as **Exhibit 5** is a true and accurate copy of a *Wall Street Journal* article dated August 24, 2025, headlined *Inside Intel's Tricky Dance with Trump*, by Robbie Whelan, Amrith Ramkumar, Lauren Thomas, and Josh Dawsey. This article is cited by the Verified Stockholder Derivative Complaint (D.I. 4) at paragraph 74 and footnote 21.

7. Attached as **Exhibit 6** is a chart showing the daily adjusted closing price for Intel's common stock for the period of February 24, 2025 through May 20, 2026. The stock price data is from S&P Capital IQ.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2026

Brian Rivas Boessenecker