# EXHIBIT 6

**Nasdaq: INTC**

| Date | Adjusted Closing Price | |
|---|---|---|
| 2/24/2025 | $ | 24.27 |
| 2/25/2025 | $ | 22.99 |
| 2/26/2025 | $ | 23.52 |
| 2/27/2025 | $ | 23.09 |
| 2/28/2025 | $ | 23.73 |
| 3/3/2025 | $ | 22.74 |
| 3/4/2025 | $ | 21.33 |
| 3/5/2025 | $ | 20.81 |
| 3/6/2025 | $ | 20.75 |
| 3/7/2025 | $ | 20.64 |
| 3/10/2025 | $ | 19.93 |
| 3/11/2025 | $ | 19.78 |
| 3/12/2025 | $ | 20.68 |
| 3/13/2025 | $ | 23.70 |
| 3/14/2025 | $ | 24.05 |
| 3/17/2025 | $ | 25.69 |
| 3/18/2025 | $ | 25.92 |
| 3/19/2025 | $ | 24.12 |
| 3/20/2025 | $ | 23.96 |
| 3/21/2025 | $ | 24.26 |
| 3/24/2025 | $ | 24.22 |
| 3/25/2025 | $ | 24.20 |
| 3/26/2025 | $ | 23.42 |
| 3/27/2025 | $ | 23.62 |
| 3/28/2025 | $ | 22.71 |
| 3/31/2025 | $ | 22.71 |
| 4/1/2025 | $ | 22.05 |
| 4/2/2025 | $ | 21.98 |
| 4/3/2025 | $ | 22.43 |
| 4/4/2025 | $ | 19.85 |
| 4/7/2025 | $ | 19.57 |
| 4/8/2025 | $ | 18.13 |
| 4/9/2025 | $ | 21.53 |
| 4/10/2025 | $ | 19.88 |
| 4/11/2025 | $ | 19.74 |
| 4/14/2025 | $ | 20.31 |
| 4/15/2025 | $ | 19.85 |
| 4/16/2025 | $ | 19.23 |
| 4/17/2025 | $ | 18.93 |
| 4/21/2025 | $ | 18.84 |
| 4/22/2025 | $ | 19.51 |
| 4/23/2025 | $ | 20.59 |
| 4/24/2025 | $ | 21.49 |

| | | |
|---|---|---|
| 4/25/2025 | $ | 20.05 |
| 4/28/2025 | $ | 20.51 |
| 4/29/2025 | $ | 20.34 |
| 4/30/2025 | $ | 20.10 |
| 5/1/2025 | $ | 19.98 |
| 5/2/2025 | $ | 20.62 |
| 5/5/2025 | $ | 20.27 |
| 5/6/2025 | $ | 19.94 |
| 5/7/2025 | $ | 20.31 |
| 5/8/2025 | $ | 21.00 |
| 5/9/2025 | $ | 21.42 |
| 5/12/2025 | $ | 22.18 |
| 5/13/2025 | $ | 22.56 |
| 5/14/2025 | $ | 21.52 |
| 5/15/2025 | $ | 21.55 |
| 5/16/2025 | $ | 21.66 |
| 5/19/2025 | $ | 21.38 |
| 5/20/2025 | $ | 21.27 |
| 5/21/2025 | $ | 20.69 |
| 5/22/2025 | $ | 20.55 |
| 5/23/2025 | $ | 20.05 |
| 5/27/2025 | $ | 20.55 |
| 5/28/2025 | $ | 20.37 |
| 5/29/2025 | $ | 20.25 |
| 5/30/2025 | $ | 19.55 |
| 6/2/2025 | $ | 19.74 |
| 6/3/2025 | $ | 20.29 |
| 6/4/2025 | $ | 20.25 |
| 6/5/2025 | $ | 19.99 |
| 6/6/2025 | $ | 20.06 |
| 6/9/2025 | $ | 20.48 |
| 6/10/2025 | $ | 22.08 |
| 6/11/2025 | $ | 20.68 |
| 6/12/2025 | $ | 20.77 |
| 6/13/2025 | $ | 20.14 |
| 6/16/2025 | $ | 20.74 |
| 6/17/2025 | $ | 20.80 |
| 6/18/2025 | $ | 21.49 |
| 6/20/2025 | $ | 21.08 |
| 6/23/2025 | $ | 21.19 |
| 6/24/2025 | $ | 22.55 |
| 6/25/2025 | $ | 22.20 |
| 6/26/2025 | $ | 22.50 |
| 6/27/2025 | $ | 22.69 |
| 6/30/2025 | $ | 22.40 |

| | | |
|---|---|---|
| 7/1/2025 | $ | 22.85 |
| 7/2/2025 | $ | 21.88 |
| 7/3/2025 | $ | 22.49 |
| 7/7/2025 | $ | 22.00 |
| 7/8/2025 | $ | 23.59 |
| 7/9/2025 | $ | 23.44 |
| 7/10/2025 | $ | 23.82 |
| 7/11/2025 | $ | 23.43 |
| 7/14/2025 | $ | 23.30 |
| 7/15/2025 | $ | 22.92 |
| 7/16/2025 | $ | 22.69 |
| 7/17/2025 | $ | 22.80 |
| 7/18/2025 | $ | 23.10 |
| 7/21/2025 | $ | 23.26 |
| 7/22/2025 | $ | 23.24 |
| 7/23/2025 | $ | 23.49 |
| 7/24/2025 | $ | 22.63 |
| 7/25/2025 | $ | 20.70 |
| 7/28/2025 | $ | 20.68 |
| 7/29/2025 | $ | 20.41 |
| 7/30/2025 | $ | 20.34 |
| 7/31/2025 | $ | 19.80 |
| 8/1/2025 | $ | 19.31 |
| 8/4/2025 | $ | 19.50 |
| 8/5/2025 | $ | 20.19 |
| 8/6/2025 | $ | 20.41 |
| 8/7/2025 | $ | 19.77 |
| 8/8/2025 | $ | 19.95 |
| 8/11/2025 | $ | 20.65 |
| 8/12/2025 | $ | 21.81 |
| 8/13/2025 | $ | 22.22 |
| 8/14/2025 | $ | 23.86 |
| 8/15/2025 | $ | 24.56 |
| 8/18/2025 | $ | 23.66 |
| 8/19/2025 | $ | 25.31 |
| 8/20/2025 | $ | 23.54 |
| 8/21/2025 | $ | 23.50 |
| 8/22/2025 | $ | 24.80 |
| 8/25/2025 | $ | 24.55 |
| 8/26/2025 | $ | 24.35 |
| 8/27/2025 | $ | 24.85 |
| 8/28/2025 | $ | 24.93 |
| 8/29/2025 | $ | 24.35 |
| 9/2/2025 | $ | 24.21 |
| 9/3/2025 | $ | 24.00 |

| | | |
|---|---|---|
| 9/4/2025 | $ | 24.61 |
| 9/5/2025 | $ | 24.49 |
| 9/8/2025 | $ | 24.48 |
| 9/9/2025 | $ | 24.44 |
| 9/10/2025 | $ | 24.77 |
| 9/11/2025 | $ | 24.61 |
| 9/12/2025 | $ | 24.08 |
| 9/15/2025 | $ | 24.77 |
| 9/16/2025 | $ | 25.27 |
| 9/17/2025 | $ | 24.90 |
| 9/18/2025 | $ | 30.57 |
| 9/19/2025 | $ | 29.58 |
| 9/22/2025 | $ | 28.76 |
| 9/23/2025 | $ | 29.34 |
| 9/24/2025 | $ | 31.22 |
| 9/25/2025 | $ | 33.99 |
| 9/26/2025 | $ | 35.50 |
| 9/29/2025 | $ | 34.48 |
| 9/30/2025 | $ | 33.55 |
| 10/1/2025 | $ | 35.94 |
| 10/2/2025 | $ | 37.30 |
| 10/3/2025 | $ | 36.83 |
| 10/6/2025 | $ | 36.59 |
| 10/7/2025 | $ | 37.17 |
| 10/8/2025 | $ | 37.43 |
| 10/9/2025 | $ | 37.80 |
| 10/10/2025 | $ | 36.37 |
| 10/13/2025 | $ | 37.22 |
| 10/14/2025 | $ | 35.63 |
| 10/15/2025 | $ | 37.15 |
| 10/16/2025 | $ | 36.84 |
| 10/17/2025 | $ | 37.01 |
| 10/20/2025 | $ | 38.10 |
| 10/21/2025 | $ | 38.12 |
| 10/22/2025 | $ | 36.92 |
| 10/23/2025 | $ | 38.16 |
| 10/24/2025 | $ | 38.28 |
| 10/27/2025 | $ | 39.54 |
| 10/28/2025 | $ | 41.53 |
| 10/29/2025 | $ | 41.34 |
| 10/30/2025 | $ | 40.16 |
| 10/31/2025 | $ | 39.99 |
| 11/3/2025 | $ | 39.50 |
| 11/4/2025 | $ | 37.03 |
| 11/5/2025 | $ | 38.38 |

| | | |
|---|---|---|
| 11/6/2025 | $ | 37.24 |
| 11/7/2025 | $ | 38.13 |
| 11/10/2025 | $ | 38.45 |
| 11/11/2025 | $ | 37.88 |
| 11/12/2025 | $ | 37.89 |
| 11/13/2025 | $ | 35.91 |
| 11/14/2025 | $ | 35.52 |
| 11/17/2025 | $ | 34.71 |
| 11/18/2025 | $ | 34.33 |
| 11/19/2025 | $ | 35.11 |
| 11/20/2025 | $ | 33.62 |
| 11/21/2025 | $ | 34.50 |
| 11/24/2025 | $ | 35.79 |
| 11/25/2025 | $ | 35.83 |
| 11/26/2025 | $ | 36.81 |
| 11/28/2025 | $ | 40.56 |
| 12/1/2025 | $ | 40.01 |
| 12/2/2025 | $ | 43.47 |
| 12/3/2025 | $ | 43.76 |
| 12/4/2025 | $ | 40.50 |
| 12/5/2025 | $ | 41.41 |
| 12/8/2025 | $ | 40.30 |
| 12/9/2025 | $ | 40.50 |
| 12/10/2025 | $ | 40.78 |
| 12/11/2025 | $ | 39.51 |
| 12/12/2025 | $ | 37.81 |
| 12/15/2025 | $ | 37.51 |
| 12/16/2025 | $ | 37.31 |
| 12/17/2025 | $ | 36.05 |
| 12/18/2025 | $ | 36.28 |
| 12/19/2025 | $ | 36.82 |
| 12/22/2025 | $ | 36.37 |
| 12/23/2025 | $ | 36.35 |
| 12/24/2025 | $ | 36.16 |
| 12/26/2025 | $ | 36.20 |
| 12/29/2025 | $ | 36.68 |
| 12/30/2025 | $ | 37.30 |
| 12/31/2025 | $ | 36.90 |
| 1/2/2026 | $ | 39.38 |
| 1/5/2026 | $ | 39.37 |
| 1/6/2026 | $ | 40.04 |
| 1/7/2026 | $ | 42.63 |
| 1/8/2026 | $ | 41.11 |
| 1/9/2026 | $ | 45.55 |
| 1/12/2026 | $ | 44.06 |

| | | |
|---|---|---|
| 1/13/2026 | $ | 47.29 |
| 1/14/2026 | $ | 48.72 |
| 1/15/2026 | $ | 48.32 |
| 1/16/2026 | $ | 46.96 |
| 1/20/2026 | $ | 48.56 |
| 1/21/2026 | $ | 54.25 |
| 1/22/2026 | $ | 54.32 |
| 1/23/2026 | $ | 45.07 |
| 1/26/2026 | $ | 42.49 |
| 1/27/2026 | $ | 43.93 |
| 1/28/2026 | $ | 48.78 |
| 1/29/2026 | $ | 48.66 |
| 1/30/2026 | $ | 46.47 |
| 2/2/2026 | $ | 48.81 |
| 2/3/2026 | $ | 49.25 |
| 2/4/2026 | $ | 48.60 |
| 2/5/2026 | $ | 48.24 |
| 2/6/2026 | $ | 50.59 |
| 2/9/2026 | $ | 50.24 |
| 2/10/2026 | $ | 47.13 |
| 2/11/2026 | $ | 48.29 |
| 2/12/2026 | $ | 46.48 |
| 2/13/2026 | $ | 46.79 |
| 2/17/2026 | $ | 46.18 |
| 2/18/2026 | $ | 45.46 |
| 2/19/2026 | $ | 44.62 |
| 2/20/2026 | $ | 44.11 |
| 2/23/2026 | $ | 43.63 |
| 2/24/2026 | $ | 46.12 |
| 2/25/2026 | $ | 46.88 |
| 2/26/2026 | $ | 45.46 |
| 2/27/2026 | $ | 45.61 |
| 3/2/2026 | $ | 45.50 |
| 3/3/2026 | $ | 43.10 |
| 3/4/2026 | $ | 45.58 |
| 3/5/2026 | $ | 45.95 |
| 3/6/2026 | $ | 43.42 |
| 3/9/2026 | $ | 45.58 |
| 3/10/2026 | $ | 46.78 |
| 3/11/2026 | $ | 47.98 |
| 3/12/2026 | $ | 45.25 |
| 3/13/2026 | $ | 45.77 |
| 3/16/2026 | $ | 45.76 |
| 3/17/2026 | $ | 44.06 |
| 3/18/2026 | $ | 45.03 |

| | | |
|---|---|---|
| 3/19/2026 | $ | 46.18 |
| 3/20/2026 | $ | 43.87 |
| 3/23/2026 | $ | 44.01 |
| 3/24/2026 | $ | 44.06 |
| 3/25/2026 | $ | 47.18 |
| 3/26/2026 | $ | 44.10 |
| 3/27/2026 | $ | 43.13 |
| 3/30/2026 | $ | 41.19 |
| 3/31/2026 | $ | 44.13 |
| 4/1/2026 | $ | 48.03 |
| 4/2/2026 | $ | 50.38 |
| 4/6/2026 | $ | 50.78 |
| 4/7/2026 | $ | 52.91 |
| 4/8/2026 | $ | 58.95 |
| 4/9/2026 | $ | 61.72 |
| 4/10/2026 | $ | 62.38 |
| 4/13/2026 | $ | 65.18 |
| 4/14/2026 | $ | 63.81 |
| 4/15/2026 | $ | 64.94 |
| 4/16/2026 | $ | 68.50 |
| 4/17/2026 | $ | 68.50 |
| 4/20/2026 | $ | 65.70 |
| 4/21/2026 | $ | 66.26 |
| 4/22/2026 | $ | 65.27 |
| 4/23/2026 | $ | 66.78 |
| 4/24/2026 | $ | 82.54 |
| 4/27/2026 | $ | 84.99 |
| 4/28/2026 | $ | 84.52 |
| 4/29/2026 | $ | 94.75 |
| 4/30/2026 | $ | 94.48 |
| 5/1/2026 | $ | 99.62 |
| 5/4/2026 | $ | 95.78 |
| 5/5/2026 | $ | 108.15 |
| 5/6/2026 | $ | 113.01 |
| 5/7/2026 | $ | 109.62 |
| 5/8/2026 | $ | 124.92 |
| 5/11/2026 | $ | 129.44 |
| 5/12/2026 | $ | 120.61 |
| 5/13/2026 | $ | 120.29 |
| 5/14/2026 | $ | 115.93 |
| 5/15/2026 | $ | 108.77 |
| 5/18/2026 | $ | 108.17 |
| 5/19/2026 | $ | 110.80 |
| 5/20/2026 | $ | 118.96 |

**Source: S&P Global**