**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RICHARD D. PAISNER,<br><br>Plaintiff,<br><br>v.<br><br>LIP-BU TAN, *et al.*,<br><br>Defendants, | ) | Civil Action No. 1:26-cv-00414-RGA |

**COMMERCE DEFENDANTS' MOTION TO DISMISS**

The U.S. Department of Commerce and Secretary Howard Lutnick, in his official capacity (together, the "Commerce Defendants"), hereby move to dismiss the Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The basis for this motion is set forth in the accompanying memorandum. A proposed order accompanies this motion.

Dated: May 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

BENJAMIN L. WALLACE
United States Attorney

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Director

DYLAN J. STEINBERG
Assistant United States Attorney

*/s/ James R. Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-0543
Fax: (202) 616-8460
Email: james.r.powers@usdoj.gov

*Counsel for the Commerce Defendants*