**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD D. PAISNER,<br><br>Plaintiff,<br><br>v.<br><br>LIP-BU TAN, *et al.*,<br><br>Defendants, | Civil Action No. 1:26-cv-00414-RGA |

# [PROPOSED] ORDER

Upon consideration of the Commerce Defendants' motion to dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), the parties' respective memoranda, and the record before the Court, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE** as against Defendants U.S. Department of Commerce and Secretary Howard Lutnick.

**SO ORDERED**.

Dated: ____________________, 2026

________________________________
The Hon. Richard G. Andrews
U.S. District Judge