**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD D. PAISNER,<br><br>Plaintiff,<br><br>v.<br><br>LIP-BU TAN, *et al.*,<br><br>Defendants,<br><br>and<br><br>INTEL CORPORATION,<br><br>Nominal Defendant. | C.A. No. 1:26-cv-00414-RGA |

**SUPPLEMENTAL DECLARATION OF BRIAN RIVAS BOESSENECKER IN SUPPORT OF THE INTEL DEFENDANTS' MOTION TO DISMISS THE VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT**

I, Brian Rivas Boessenecker, declare as follows:

1. I am an attorney licensed to practice law in the State of California and I have been admitted *pro hac vice* in this Court. I am counsel for Nominal Defendant Intel Corporation and Defendants Lip-Bu Tan, Frank D. Yeary, Craig H. Barratt, James Goetz, Andrea J. Goldsmith, Alyssa H. Henry, Eric Meurice, Barbara Novick, Steve Sanghi, Gregory D. Smith, Stacy J. Smith, and Dion J. Weisler (collectively, the "Intel Defendants") in the above-titled action. I submit this supplemental declaration in support of the Intel Defendants' Motion to Dismiss the Verified Stockholder Derivative Complaint. I have personal knowledge of the matters set forth herein and, if called as a witness, I could competently testify thereto.

2. Attached as **Exhibit 7** is a true and accurate copy of a letter from Intel's counsel to Plaintiff's counsel dated January 26, 2026, regarding Plaintiff's inspection demand under 8 *Del. C.* § 220. For ease of reference, this exhibit is numbered consecutively with the exhibits to my May 21, 2026 Declaration in this action. *See* D.I. 26 (attaching Exhibits 1-6).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2026

Brian Rivas Boessenecker