IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD D. PAISNER,<br><br>Plaintiff,<br><br>v.<br><br>LIP-BU TAN, FRANK D. YEARY, CRAIG H. BARRATT, JAMES GOETZ, ANDREA J. GOLDSMITH, ALYSSA H. HENRY, ERIC MEURICE, BARBARA NOVICK, STEVE SANGHI, GREGORY D. SMITH, STACY J. SMITH, DION J. WEISLER, HOWARD LUTNICK, as Secretary of the United States Department of Commerce, and the UNITED STATES DEPARTMENT OF COMMERCE,<br><br>Defendants,<br><br>and<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Nominal Defendant. | : | C.A. No. 26-cv-414-RGA |

**<u>PLAINTIFF'S REQUEST FOR ORAL ARGUMENT</u>**

Pursuant to D. Del. Local Rule 7.1.4, Plaintiff Richard D. Paisner, by and through his undersigned counsel, hereby respectfully requests oral argument regarding:

- Intel Defendants' Motion to Dismiss the Verified Stockholder Derivative Complaint. D.I. 24
- Commerce Defendants' Motion to Dismiss. D.I. 28

Briefing on the foregoing motions was completed on August 19, 2026.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Kurt M. Heyman (# 3054)
Dominick T. Gattuso (# 3630)
Gillian L. Andrews (# 5719)
Denise S. Kraft (# 2778)
Brendan Patrick McDonnell (# 7086)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
kheyman@hegh.law
dgattuso@hegh.law
gandrews@hegh.law
dkraft@hegh.law
bmcdonnell@hegh.law
*Attorneys for Plaintiff*

Dated: August 20, 2026