**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD D. PAISNER,<br><br>Plaintiff,<br><br>v.<br><br>LIP-BU TAN, *et al.*,<br><br>Defendants,<br><br>and<br><br>INTEL CORPORATION,<br><br>Nominal Defendant. | C.A. No. 1:26-cv-00414-RGA |

**INTEL DEFENDANTS' REQUEST FOR**
**ORAL ARGUMENT ON MOTION TO DISMISS THE COMPLAINT**

Pursuant to Local Rule 7.1.4, Defendants Lip-Bu Tan, Frank D. Yeary, Craig H. Barratt, James Goetz, Andrea J. Goldsmith, Alyssa H. Henry, Eric Meurice, Barbara Novick, Steve Sanghi, Gregory D. Smith, Stacy J. Smith, Dion J. Weisler, and Nominal Defendant Intel Corporation (collectively "Intel Defendants"), respectfully request oral argument before the Court in connection with the Intel Defendants' Motion to Dismiss the Complaint ("Motion"). Briefing on the Motion was completed on August 19, 2026. (D.I. 24, 25, 26, 34, 39, 40.)

OF COUNSEL:

MUNGER, TOLLES & OLSON LLP
John M. Gildersleeve (*pro hac vice*)
Brian Rivas Boessenecker (*pro hac vice*)
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100

MUNGER, TOLLES & OLSON LLP
Bridget Fitzpatrick (*pro hac vice*)
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001
(202) 220-1131

Dated: August 20, 2026

AKERMAN LLP

*/s/ Tammy L. Mercer*
Tammy L. Mercer (#4957)
Samuel E. Bashman (#5651)
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
(302) 596-9200
tammy.mercer@akerman.com
sam.bashman@akerman.com

*Attorneys for Lip-Bu Tan, Frank D. Yeary, Craig H. Barratt, James Goetz, Andrea J. Goldsmith, Alyssa H. Henry, Eric Meurice, Barbara Novick, Steve Sanghi, Gregory D. Smith, Stacy J. Smith, Dion J. Weisler, and Nominal Defendant Intel Corporation*