**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RICHARD D. PAISNER,<br><br>Plaintiff,<br><br>v.<br><br>LIP-BU TAN, *et al.*,<br><br>Defendants, | ) | Civil Action No. 1:26-cv-00414-RGA |

**<u>COMMERCE DEFENDANTS' REQUEST FOR ORAL ARGUMENT</u>**

Pursuant to Local Rule 7.1.4, the U.S. Department of Commerce and Secretary Howard Lutnick, in his official capacity (together, the "Commerce Defendants"), hereby request that the Court conduct oral argument regarding their motion to dismiss, D.I. 28. Briefing on the motion was completed on August 19, 2026. Plaintiff previously also requested oral argument regarding the Commerce Defendants' motion. D.I. 41.

Dated: August 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

BENJAMIN L. WALLACE
United States Attorney

STEPHEN M. ELLIOTT
Assistant Director

DYLAN J. STEINBERG
Assistant United States Attorney

<u>*/s/ James R. Powers*</u>
JAMES R. POWERS (TX Bar No. 24092989)
Chief Litigation Counsel
U.S. Department of Justice,
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-0543
Fax: (202) 616-8460
Email: james.r.powers@usdoj.gov

*Counsel for the United States*